UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JONATHAN GAMBINO-SKIPPER ]
    Plaintiff, ]
]
v. ] No. 3:09-0981
] Judge Trauger
LOIS DEBERRY SPND, et al. ]
    Defendants. ]


## **M E M O R A N D U M**

The plaintiff, proceeding *pro se*, is an inmate at the Deberry Special Needs Facility in Nashville. He brings this action pursuant to 42 U.S.C. § 1983 against the Deberry Special Needs Facility and four John Does identified simply as Trina, Hugh, Anne and Tiffany, seeking a shutdown of Deberry with the defendants being placed "in prison and on death row."

The plaintiff complains about conditions of his confinement. More specifically, he alleges that his food contains drugs, bugs and poison. He further mentions without explanation attempted murder, attempted rape, conspiracy to commit murder and rape, aggravated rape, date rape, forgery, assault, theft and being confined beyond the expiration of his sentence.

*Pro se* pleadings are subject to liberal construction. Haines v. Kerner, 404 U.S. 519 (1972). Nevertheless, liberal construction does not require the Court to create a claim which the plaintiff has not spelled out in his complaint. Wells v. Brown, 891 F.2d 591, 594 (6th Cir. 1989). A plaintiff is required to plead more than bare legal conclusions. Lillard v. Shelby County Board of Education, 76 F.3d 716, 726 (6th Cir. 1996). Thus, a *pro se* litigant must meet the basic pleading requirements for a complaint in order to state a cognizable claim for relief. Wells, *supra*. The plaintiff must set

forth factual allegations identifying the right or privilege that was violated and the role of each defendant in the alleged violation. Dunn v. Tennessee, 697 F.2d 121, 128 (6th Cir. 1982).

In this case, the plaintiff has neglected to present any factual allegations whatsoever from which the Court can identify the harm done to him and by whom. Consequently, the plaintiff has failed to state a claim upon which relief can be granted. Under such circumstances, the Court is obliged to dismiss the complaint *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Aleta A. Trauger
United States District Judge